**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-1440**

In re:  LAURA KRISTEN BOYD MEADOR,

Petitioner.

**No. 24-1470**

In re:  LAURA KRISTEN BOYD MEADOR,

Petitioner.

On Petitions for Writs of Mandamus to the United States District Court for the District of South Carolina, at Beaufort.  (9:22-cr-00520-RMG-1)

Submitted:  July 25, 2024                                    Decided:  July 30, 2024

Before GREGORY, HARRIS, and QUATTLEBAUM, Circuit Judges.

Petitions denied by unpublished per curiam opinion.

Laura Kristen Boyd Meador, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated petitions for writs of mandamus, Laura Kristen Boyd Meador asks this court to appoint her a guardian ad litem and counsel, direct the district court judge presiding over her pending criminal prosecution to rule on her pro se motions, and order her immediate release from incarceration and placement in witness protection. We conclude that Meador is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Cheney v. U.S. Dist. Ct.*, 542 U.S. 367, 380 (2004); *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought and "has no other adequate means to attain the relief [she] desires." *Murphy-Brown*, 907 F.3d at 795 (cleaned up).

The relief sought by Meador is not available by way of mandamus. Accordingly, we deny the petitions for writs of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITIONS DENIED*